UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| GLENNIS STEWART, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORIZON MEDICAL, LLC, et al., )<br>)<br>Defendants. )<br>) | No. 2:16-CV-00082-CDP |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff has submitted a complaint. However, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty days of the date of this Order. Additionally, if plaintiff files a motion to proceed in forma pauperis, she must also file a certified copy of her prison account statement for the six-month period immediately preceding the filing of her complaint. *See* 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, she must also submit a certified copy of her prison account statement for the six-month period immediately preceding the filing of her complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail plaintiff a copy of the Court's form "Motion to Proceed in Forma Pauperis - Prisoner Cases."

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 28th day of November, 2016.

_____
**CATHERINE D. PERRY**
**UNITED STATES DISTRICT JUDGE**