# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| GLENNIS STEWART, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:16-CV-82 CDP |
| CORIZON MEDICAL, LLC, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for leave to amend complaint. The motion is denied without prejudice.

To obtain leave to file an amended complaint, "a party must submit the proposed amendment along with its motion." *Clayton v. White Hall School Dist.*, 778 F.2d 457, 460 (8th Cir. 1985); *see Wolgin v. Simon*, 722 F.2d 389, 395 (8th Cir. 1983) ("Absent some indication as to what might be added to the complaint to make it viable, the [moving party] is not entitled to leave to amend."). Plaintiff has not submitted a proposed amended complaint. As a result, I will direct the Clerk to send plaintiff a complaint form, and I will give her twenty-one days to file a renewed motion for leave to amend along with a proposed amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend [ECF No. 14] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to send plaintiff a § 1983 complaint form.

**IT IS FURTHER ORDERED** that plaintiff may submit a renewed motion to amend along with a proposed amended complaint.  Plaintiff must comply with this Order within twenty-one (21) days of today's date.

Dated this 5th day of April, 2017.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE